UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20623-CIV-KING

OSCAR ARAGON-LLANOS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING R&R AND FINAL ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the October 4, 2012 Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White. (DE #12). Therein, Magistrate Judge White recommends that the Court deny Petitioner's Motion Under 28 USC § 2255 to Vacate, Set Aside or Correct Sentence (DE #1) as time-barred and decline to issue a certificate of appealability.

Specifically, the R&R notes that Petitioner, whose criminal conviction became final no later than December 10, 2009, was required under 28 U.S.C. § 2255 to file his motion no later than December 11, 2010; the Motion, however was not filed until February 8, 2012—at least 14 months past the deadline. With regard to whether Petitioner had additional time to file his motion under Section 2255(f)(4) because he was unaware that his counsel had not filed an appeal, Magistrate Judge White found that "a reasonably diligent prisoner, even one who is ignorant of the law, could have discovered

1

counsel's failure in March 2010, and a motion to vacate should have been filed by March 2011 to be timely." (DE #12, p. 7). Additionally, Magistrate Judge White found that Petitioner did not establish that he is entitled to equitable tolling.

Petitioner had until November 9, 2012, to make objections to the R&R; none was filed, despite the Court having granted Petitioner's motion for an extension of time. (DE #14). The Court has reviewed the R&R and finds that it contains well-reasoned recommendations.

Accordingly, after careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that that the R&R (**DE #12**) be, and is hereby, **AFFIRMED** and **ADOPTED**. The Petitioner's Motion Under 28 USC § 2255 to Vacate, Set Aside or Correct Sentence (**DE #1**) be, and is hereby, **DENIED**. The case is **DISMISSED with prejudice**, and the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc: **Magistrate Judge Patrick A. White**

**Oscar Aragon-Llanos,** *pro se*
Reg. No. 81932-004
McRae Correctional Institution
P.O. Drawer 30
McRae, GA 31055

**Andrea G. Hoffman**
United States Attorney's Office
HIDTA
11200 NW 20th Street
Miami, FL 33172